# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARDINAL MIDSTREAM II, LLC, INDIVIDUALLY, AND PER MIDSTREAM, LLC, BY AND THROUGH CARDINAL MIDSTREAM II, LLC, ITS SELLERS REPRESENTATIVE,

    Respondents

       v.

ENERGY TRANSFER LP, F/K/A ENERGY TRANSFER OPERATING, L.P., F/K/A ENERGY TRANSFER PARTNERS, L.P., AND ETC NORTHEAST PIPELINE, LLC, F/K/A ETC NORTHEAST MIDSTREAM, LLC, F/K/A ETC CARDINAL MIDSTREAM, LLC,

    Petitioners

: No. 212 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2024, the Application for Leave to File Under Seal is **GRANTED,** and the Petition for Allowance of Appeal is **DENIED**.